UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GOLDMAN & BESLOW LLC**
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. DGB-5300
Attorney for Debtors, Umit Arat and Gulgun
Arat

| | |
|---|---|
| In Re:<br><br>UMIT ARAT,<br>GULGUN ARAT | Case No.: _____ 21-17209 _____<br><br>Judge: _____ VFP _____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____,

    creditor,

    A hearing has been scheduled for _____, at _____.


    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ November 6, 2025 _____, at _10:00 am_.


    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not
    been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I recently paid $359.08 via TFS that has not yet come out of my account. I
understand that additional attorney fees will increase the balance to complete.
After the Trustee applies my recent payment and the attorney fees are included, I
will owe $4045.00 to pay off my case. I will immediately pay $2022.50 and will
pay the balance of $2022.50 on November 15 to pay off the case.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.


Date: October 27, 2025                          /s/ Umit Arat
                                                Debtor's Signature

Date: 10/27/25                                  Umit Arat
                                                Debtor's Signature


**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.


*rev.8/1/15*