Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−17209−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Umit Arat
175 West 2nd Street
Clifton, NJ 07011

Gulgun Arat
aka Gulgun Bahce Arat, fka Gulgun Bahce
175 West 2nd Street
Clifton, NJ 07011

Social Security No.:
  xxx−xx−2412                                           xxx−xx−5450

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/25 at 10:00 AM

to consider and act upon the following:

*42* − Application for Compensation for David G. Beslow, Debtor's Attorney, period: 10/14/2025 to 10/27/2025, fee: $500.00, expenses: $. Filed by David G. Beslow. Objection deadline is 11/5/2025. (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service) (Beslow, David)

*43* − LIMITED Objection to Application for Compensation (related document:42 Application for Compensation for David G. Beslow, Debtor's Attorney, period: 10/14/2025 to 10/27/2025, fee: $500.00, expenses: $. Filed by David G. Beslow. Objection deadline is 11/5/2025. (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Umit Arat, Joint Debtor Gulgun Arat) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/31/25

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court