Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  21−17209−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Umit Arat                                              Gulgun Arat
  175 West 2nd Street                       aka Gulgun Bahce Arat, fka Gulgun Bahce
  Clifton, NJ 07011                           175 West 2nd Street
                                                              Clifton, NJ 07011

Social Security No.:
  xxx−xx−2412                                     xxx−xx−5450
Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S
NOTICE OF DISBURSEMENTS MADE**

   TO: <u>Umit Arat and Gulgun Arat</u>
        Debtor(s)

    You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 29, 2026
JAN: dmc

                                                                                 <u>Jeanne Naughton, Clerk</u>