UNITED STATES BANKRUPTCY COURT
NEW JERSEY

| In Re:<br>Umit Arat<br>Gulgun Arat | Case No. | 21-17209 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____Umit Arat____ , debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

      ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ____02/25/26____          ____Umit Aret____
                                    Umit Arat
                                    Debtor's Signature

IMPORTANT:
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18

| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | | |
|---|---|---|
| In Re:<br>Umit Arat<br>Gulgun Arat | Case No. | 21-17209 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____Gulgun Arat____ , debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  _02/25/26_

_____Gulgun Arat_____
Gulgun Arat
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18