Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  21–17209–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Umit Arat
175 West 2nd Street
Clifton, NJ 07011

Gulgun Arat
aka Gulgun Bahce Arat, fka Gulgun Bahce
175 West 2nd Street
Clifton, NJ 07011

Social Security No.:
xxx–xx–2412

xxx–xx–5450

Employer's Tax I.D. No.:

_____

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 18, 2026</u>

<u>Vincent F. Papalia</u>
Judge, United States Bankruptcy Court