| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Umit Arat | Social Security number or ITIN   xxx–xx–2412 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Gulgun Arat | Social Security number or ITIN   xxx–xx–5450 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–17209–VFP | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Umit Arat

Gulgun Arat
aka Gulgun Bahce Arat, fka Gulgun Bahce

3/18/26

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                  **Chapter 13 Discharge**                  page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-17209-VFP

Umit Arat                                                                                Chapter 13

Gulgun Arat

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: 3180W | Total Noticed: 102 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Umit Arat, Gulgun Arat, 175 West 2nd Street, Clifton, NJ 07011-2409 |
| 519305879 | | Ally Financial c/o, Apothaker Scian PC, 520 Fellowship Road Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519305915 | + | Discover Bank, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519305956 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519305968 | + | Synchrony Bank, Selip & Stylianou LLC, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653-0914 |
| 519305969 | + | Synchrony Bank c/o, Selip & Stylianou LLC, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653-0914 |
| 519305981 | | TD Bank, Td Bank, Lewiston, ME 04243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 19 2026 01:04:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519305877 | + | EDI: GMACFS.COM | Mar 19 2026 01:04:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519305878 | + | EDI: GMACFS.COM | Mar 19 2026 01:04:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519305880 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:23 | American Express, 4315 S 2700 West, Salt Lake City, UT 84184-0001 |
| 519305881 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:23 | American Express Legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519305883 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:21 | American Express National Bank, c/o Beckett & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519305882 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:15 | American Express National Bank, 4315 South 2700 West, Salt Lake City, UT 84184-0001 |
| 519305884 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519305885 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519305886 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 21:35:15 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| | | | |
|---|---|---|---|
| 519305887 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519305889 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519330474 | + EDI: AIS.COM | Mar 19 2026 01:04:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519305893 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519305894 | ^ MEBN | Mar 18 2026 21:22:39 | Capital One/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519305892 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519305891 | + EDI: CAPITALONE.COM | Mar 19 2026 01:04:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519305897 | + EDI: JPMORGANCHASE | Mar 19 2026 01:04:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519305895 | + EDI: JPMORGANCHASE | Mar 19 2026 01:04:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519305901 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519305899 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519305906 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519305904 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 519305905 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citibank, Citicorp Credit Services, P.O. Box 1503, Saint Peters, MO 63376-0027 |
| 519305903 | + EDI: CITICORP | Mar 19 2026 01:04:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519305908 | + EDI: WFNNB.COM | Mar 19 2026 01:04:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519305907 | + EDI: WFNNB.COM | Mar 19 2026 01:04:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519305909 | EDI: WFNNB.COM | Mar 19 2026 01:04:00 | Comenity Capital, PO Box 659707, San Antonio, TX 78265-9707 |
| 519305910 | Email/PDF: DellBKNotifications@resurgent.com | Mar 18 2026 21:35:16 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 519305919 | EDI: DISCOVER | Mar 19 2026 01:04:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519305913 | EDI: CITICORP | Mar 19 2026 01:04:00 | Department Stores National Bank, 701 East 60th Street North, Sioux Falls, SD 57117 |
| 519305923 | EDI: CITICORP | Mar 19 2026 01:04:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519305937 | EDI: CITICORP | Mar 19 2026 01:04:00 | Macys/fdsb, Attn: Bankruptcy, 7 West Seventh Street, Cincinnati, OH 45202 |
| 519305911 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 18 2026 21:35:08 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 519324685 | EDI: Q3G.COM | Mar 19 2026 01:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

District/off: 0312-2                                    User: admin                                        Page 3 of 6

Date Rcvd: Mar 18, 2026                              Form ID: 3180W                              Total Noticed: 102

|  |  |  | 98083-0657 |
| 519305912 | + | Email/Text: bankruptcy@rubinrothman.com | |
|  |  | Mar 18 2026 21:24:00 | Department Stores National Bank, c/o Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519305914 | + | Email/Text: bkfilings@zwickerpc.com | |
|  |  | Mar 18 2026 21:25:00 | Discover Bank, Att: Zwicker & Associates PC, 1101 Laurel Oak Road - Suite 130, Voorhees, NJ 08043-4322 |
| 519311602 |  | EDI: DISCOVER | |
|  |  | Mar 19 2026 01:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519305917 | + | EDI: DISCOVER | |
|  |  | Mar 19 2026 01:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519305921 | + | EDI: DISCOVERPL | |
|  |  | Mar 19 2026 01:04:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519305922 | + | EDI: DISCOVERPL | |
|  |  | Mar 19 2026 01:04:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519305916 | + | Email/Text: bkfilings@zwickerpc.com | |
|  |  | Mar 18 2026 21:25:00 | Discover c/o, Zwicker & Associates, P.C., 1101 Laurel Oak Road, Ste. 130, Voorhees, NJ 08043-4322 |
| 519305924 | + | EDI: CITICORP | |
|  |  | Mar 19 2026 01:04:00 | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519305925 |  | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Mar 18 2026 21:24:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519305926 |  | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Mar 18 2026 21:24:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 519305927 | ^ | MEBN | |
|  |  | Mar 18 2026 21:24:07 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519305928 | ^ | MEBN | |
|  |  | Mar 18 2026 21:23:27 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519305929 |  | EDI: IRS.COM | |
|  |  | Mar 19 2026 01:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519305930 | + | EDI: CAPITALONE.COM | |
|  |  | Mar 19 2026 01:04:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519305931 | + | EDI: CAPITALONE.COM | |
|  |  | Mar 19 2026 01:04:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519349765 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Mar 18 2026 21:35:16 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519305936 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Mar 18 2026 21:35:06 | LVNV Funding LLC, 6801 S. Cimarron Road, Suite 424 J, Las Vegas, NV 89113-2273 |
| 519305935 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Mar 18 2026 21:35:08 | LVNV Funding LLC, 200 Meeting St, Greenville, SC 29615-5833 |
| 519305934 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Mar 18 2026 21:35:16 | LVNV Funding c/o, Resergent Capital Services, 55 Beattie Place, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 519305939 | + | EDI: CITICORP | |
|  |  | Mar 19 2026 01:04:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519305941 | + | Email/Text: bcwrtoff@cablevision.com | |
|  |  | Mar 18 2026 21:25:00 | Optimum, 100 Hamilton Avenue, Paterson, NJ 07505-2109 |
| 519442915 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Mar 18 2026 21:24:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519305947 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Mar 18 2026 21:24:00 | PNC Bank, National Association, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 519305946 |  | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Mar 18 2026 21:24:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |

District/off: 0312-2    User: admin    Page 4 of 6

Date Rcvd: Mar 18, 2026    Form ID: 3180W    Total Noticed: 102

| 519305942 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 18 2026 21:24:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519305944 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 18 2026 21:24:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519305950 | EDI: PRA.COM | | |
| | | Mar 19 2026 01:04:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519305948 | EDI: PRA.COM | | |
| | | Mar 19 2026 01:04:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519446495 | EDI: PRA.COM | | |
| | | Mar 19 2026 01:04:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519305932 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Mar 18 2026 21:24:00 | LVNV Funding c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519305951 | + EDI: PRA.COM | | |
| | | Mar 19 2026 01:04:00 | Portfolio Recovery Assocuatesm KKC, Att: Sheena Daneshyar, Esq., 140 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 519325029 | EDI: Q3G.COM | | |
| | | Mar 19 2026 01:04:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519305952 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 18 2026 21:35:16 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519305954 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 18 2026 21:35:08 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519305957 | + Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | Mar 18 2026 21:24:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519305958 | + Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | Mar 18 2026 21:24:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519305959 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519305960 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 519305961 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305962 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Paypalsmartconn, Po Box 965005, Orlando, FL 32896-5005 |
| 519305964 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 519305963 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305965 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519305966 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519307340 | + EDI: PRA.COM | | |
| | | Mar 19 2026 01:04:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519305970 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305971 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519305973 | + EDI: SYNC | | |
| | | Mar 19 2026 01:04:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305976 | + EDI: SYNC | | |

| | | | Mar 19 2026 01:04:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|---|
| 519305972 | + | EDI: SYNC | Mar 19 2026 01:04:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519305980 | | EDI: TDBANKNORTH.COM | Mar 19 2026 01:04:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columbus, GA 31908 |
| 519314151 | ^ | MEBN | Mar 18 2026 21:25:28 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519305982 | ^ | MEBN | Mar 18 2026 21:23:43 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519305983 | ^ | MEBN | Mar 18 2026 21:23:49 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519443232 | ^ | MEBN | Mar 18 2026 21:22:57 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 519305984 | ^ | MEBN | Mar 18 2026 21:23:00 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519305985 | + | Email/Text: bkfilings@zwickerpc.com | Mar 18 2026 21:25:00 | Zwicker & Assoc., P.O. Box 101145, Birmingham, AL 35210-6145 |
| 519305986 | | Email/Text: bkfilings@zwickerpc.com | Mar 18 2026 21:25:00 | Zwicker & Associates, P.C., P.O. Box 101145, Birmingham, AL 35210-6145 |

TOTAL: 95

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519329112 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519329113 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519305888 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519305890 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519305898 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519305896 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519305902 | *+ | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519305900 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519305920 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519305938 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 7 West Seventh Street, Cincinnati, OH 45202 |
| 519305918 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519322698 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519305940 | *+ | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519305943 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519305945 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519305949 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519305933 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, LVNV Funding c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519305953 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519305955 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519305967 | *+ | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519305974 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305975 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519305977 | *+ | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 519305978 | *+ | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 519305979 | *+ | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |

District/off: 0312-2                          User: admin                                    Page 6 of 6

Date Rcvd: Mar 18, 2026                       Form ID: 3180W                              Total Noticed: 102

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David G. Beslow | on behalf of Joint Debtor Gulgun Arat ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Debtor Umit Arat ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Umit Arat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Joint Debtor Gulgun Arat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10